FILED ✓     LODGED ___
RECEIVED ___ COPY ___

JUL 0 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

James Martin Stellhorn

6801 E. Camelback Rd. Apt J-209

Scottsdale, Arizona 85251

480-840-0343

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Martin Stellhorn,<br><br>    Plaintiff,<br><br>vs.<br><br>Camellero Apartments; Equity Residential<br><br>    Defendants | Case: 2:07-cv-1124 EHC<br><br>**MOTION TO DISMISS** |

I would like to dismiss this Complaint against Camellero Apartments and Equity Residential. Defendants have complied with my demand to allow me to reside at Camellero.

DATED this 28th day of June, 2007.

*/s/ James M Stellhorn*

James Martin Stellhorn

6801 E. Camelback Rd. Apt J-209

Scottsdale, Arizona 85251

480-840-0343